# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAN TONG,<br><br>Defendant. | Case No.: 26-CR-1099-SBC<br><br>**JUDGMENT AND ORDER OF DISMISSAL GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: May 22, 2026

_____
HONORABLE STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE